AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

_____ District of Massachusetts

SOCIETY OF THE HOLY
TRANSFIGURATION MONASTERY INCORPORATED    )
          *Plaintiff*    )
          v.    )    Civil Action No. 07-12387-RGS
ARCHBISHIP GREGORY OF DENVER COLORADO    )
          *Defendant*    )

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* **February 8, 2011**.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: May 16, 2014

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Case 1:07-cv-12387-RGS   Document 123   Filed 02/08/11   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-12387-RGS

SOCIETY OF THE HOLY
TRANSFIGURATION MONASTERY,
INCORPORATED

v.

ARCHBISHOP GREGORY OF DENVER,
COLORADO

February 8, 2011

## JUDGMENT INCLUDING PERMANENT INJUNCTION

The court, having granted plaintiff Holy Transfiguration Monastery, Inc.'s (the Monastery's) motions for summary judgment, HEREBY ENTERS JUDGMENT in favor of the Monastery and against Archbishop Gregory on the claims of infringement of the Monastery's copyrights and breach of contract.

It is ORDERED that Archbishop Gregory and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from infringing the Monastery's copyrights by reproducing, publishing, posting or displaying on a website, copying, offering to copy, and/or otherwise distributing the Monastery's copyrighted works, specifically, the St. Isaac Work (Reg. No. TX 1-725-116), Psalter Work (Reg. Nos. A 637792 & TX 1-761-132), Prayer Book Work (Reg. No. TX 2-455-908), Horologion Work (Reg. No. TX 4-757-802), Pentecostarion Work (Reg. No. TXu 243-197), Dismissal Hymns Work (Reg. No. TXu 309-242), and Octoëchos Work (Reg. No. TXu243-214), as well as all other current and future copyrighted works of the Monastery.

It is further ORDERED that the defendant Archbishop Gregory shall, within 30 days of this judgment, surrender to the Monastery and/or destroy all unauthorized copies the St. Isaac Work (Reg. No. TX 1-725-116), Psalter Work (Reg. Nos. A 637792 & TX 1-761-132), Prayer Book Work (Reg. No. TX 2-455-908), Horologion Work (Reg. No. TX 4-757-802), Pentecostarion Work (Reg. No. TXu 243-197), Dismissal Hymns Work (Reg. No. TXu 309-242), and Octoëchos Work (Reg. No. TXu243-214) in his possession, custody, and/or control.

This injunction shall be deemed to have been served upon the defendant Archbishop Gregory at the time of its execution by the court.

The court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this injunction.

It is further ORDERED that the Monastery recover statutory damages from the defendant Archbishop Gregory the amount of $5,250.00.

It is further ORDERED that the Monastery recover from the defendant Archbishop Gregory costs in the amount of $9,121.50.

It is further ORDERED that the Monastery recover from the defendant Archbishop Gregory attorneys' fees in the amount of $50,638.24.

It is further ORDERED that post-judgment interest after today's date shall be awarded on the total amount of the judgment here rendered pursuant to 28 U.S.C. § 1961.

This judgment finally disposes of all parties and claims and is appealable.

Date: _____   _____
The Honorable Richard G. Stearns
United States District Judge