IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

Civil Action: 14-rj-00008-KLM                   FTR - Reporter Deck - Courtroom C204
Date: June 23, 2014                              Courtroom Deputy:  Laura Galera

*Parties:*                                       *Counsel:*

S O C I E T Y   O F   T H E   H O L Y            Harvey Kramer
TRANSFIGURATION   MONASTERY,
INCORPORATED ,

     Plaintiff,

 v.

ARCHBISHOP GREGORY OF DENVER,                    Harold Bruno, III
COLORADO,

     Defendant,

v.

DORMITION SKETE, and                             Christopher Ingold
COLLEGIATE PEAKS BANK,

     Garnishees.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC MOTION HEARING**
**Court in Session:  2:33 p.m.**

Court calls case. Appearance of counsel.

Telephonic Motion Hearing is called regarding Third Party Motion to Quash Improper Subpoena, and for Protective Order #[13] (the "Motion").  For the reasons set forth on the record:

**ORDERED:** The Motion #[13] is **GRANTED IN PART AND DENIED IN PART.**  The motion is denied as to the request to quash.  The motion is granted as to the

protective order.  Plaintiff's counsel is ordered to draft a proposed protective order reflecting the Court's oral ruling.  The proposed protective order should be  submitted to counsel for Dormition Skete for his review and approval.  If the parties agree as to the proposed order, they are directed to submit it for the Court's approval. If there is a dispute as to the terms of the protective order, the parties should contact the Court for a further discovery hearing.

HEARING CONCLUDED.
**Court in recess:** **3:01 p.m.**
Time In Court:       00:28 minutes

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.