IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-rj-00008-KLM

SOCIETY OF THE HOLY TRANSFIGURATION MONASTERY, INCORPORATED,

    Plaintiff,

v.

ARCHBISHOP GREGORY OF DENVER, COLORADO,

    Defendant.

DORMITION SKETE, and
COLLEGIATE PEAKS BANK,

    Garnishees.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third Party Dormition Skete's **Motion to Amend/Correct/Modify [28] Order on Motion to Quash, Motion Hearing – Sought Pursuant to Fed.R.Civ.P. 60(a) Regarding Clerical Error** [#31] (the "Motion"). Dormition Skete seeks an order correcting a clerical error regarding the date of a hearing held in this matter.

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. An amended version of the Courtroom Minutes/Minute Order [#28] will issue in due course.

    Dated: July 10, 2014