IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-rj-00008-KLM

SOCIETY OF THE HOLY TRANSFIGURATION MONASTERY, INCORPORATED,

    Plaintiff,

v.

ARCHBISHOP GREGORY OF DENVER, COLORADO,

    Defendant.

DORMITION SKETE, and
COLLEGIATE PEAKS BANK,

    Garnishees.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Garnishee Dormition Skete's **Third Party Motion to Clarify Jurisdiction of the Magistrate Judge** [#32], on Garnishee Dormition Skete's **Third Party Motion to Set Aside [28] Order on Motion to Quash, Motion Hearing - Sought Pursuant to Fed.R.Civ.P. 60(b)** [#33], on Garnishee Dormition Skete's **Third Party Motion for Certificate of Appealability Regarding Document 28** [#34] (collectively, the "Motions"). On July 15, 2015, Plaintiff filed a Notice of Withdrawal of Subpoena to Collegiate Peaks Bank [#37], a Notice of Release of Dormition Skete from Writ of Continuing Garnishment Pursuant to C.R.C.P. 103 § 12 [#38], a Notice of Release of Collegiate Peaks Bank from Writ of Garnishment Pursuant to C.R.C.P. 103 § 12 [#39], and Notice of Release of Dormition Skete from Writ of Garnishment Pursuant to C.R.C.P. 103 § 12 [#40] (collectively, the "Notices"). Based on the Notices, all issues in this matter have now been resolved. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#32, #33, #34] are **DENIED as moot**.

    Dated: July 15, 2014